ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

SICK, Inc.
a Minnesota corporation,

Plaintiff,

v.

Motion Control Corporation,
a Michigan corporation, and,
Commerce Industrial Controls, Inc.
a Michigan corporation,

Defendants.

Court File No.: 01-CV-1496 JRT/FLN

**STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER AND ORDER**

**WHEREAS**, because of awaiting pending arbitration results and extensive ongoing settlement discussions, the parties have been unable to disclose the identity of expert witnesses or fully disclose the substance of the testimony to be offered by each expert witness prior to April 15, 2002 (as required by the Pretrial Scheduling Order herein), and because of the same, anticipate they will be unable to complete all discovery by June 1, 2002, and for the other reasons stated in the Affidavit of Steven H. Silton, attached hereto, it is hereby stipulated and agreed by and between the undersigned counsel for the parties herein, subject to the approval of the court, that the court may modify the Pretrial Scheduling Order to provide that:

1. The disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

5-17-2
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

By all parties on or before May 30, 2002 with respect to initial experts.

By all parties on or before July 15, 2002, with respect to rebuttal experts.

2. The disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

By all parties on or before May 30, 2002, with respect to initial expert reports.

By all parties on or before July 15, 2002, with respect to rebuttal expert reports.

3. July 15, 2002, shall be the time for the completion of all discovery, and July 20, 2002, shall be the date for the serving and filing of all non-dispositive motions.

Dated: May 8, 2002

**MANSFIELD, TANICK & COHEN, P.A.**

By: ______________________

Aaron F. Biber (189376)
Steven H. Silton (260769)
Brian R. Dockendorf (302715)
1560 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3383
(612) 339-4295

**ATTORNEYS FOR PLAINTIFF SICK, INC.**

Dated: May ___, 2002

**LOMMEN, NELSON, COLE & STAGEBERG, P. A.**

By______________________________

Barry A. O'Neil (220875)
1800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 339-8131

**ATTORNEYS FOR DEFENDANT MCC**

Dated: May 8, 2002

**FRUTH, JAMISON & ELSASS, P.A.**

By______________________________

Douglas L. Elsass (219241)
4705 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 344-9700

**ATTORNEYS FOR DEFENDANT CIC**

Dated: May 8, 2002

**LOMMEN, NELSON, COLE & STAGEBERG, P. A.**

By________________________________
Barry A. O'Neil (220875)
1800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 339-8131

**ATTORNEYS FOR DEFENDANT MCC**

Dated: May ___, 2002

**FRUTH, JAMISON & ELSASS, P.A.**

By________________________________
Douglas L. Elsass (219241)
4705 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 344-9700

**ATTORNEYS FOR DEFENDANT CIC**

**ORDER**

**SO ORDERED.**

Dated this 17 day of May, 2002.

**BY THE COURT:**

Franklin L Noel

**Franklin L. Noel**
United States Magistrate Judge

289197.1