UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SICK, Inc., Civil No. 01-1496 JRT/FLN

Plaintiff,

v. **ORDER**

Motion Control Corporation, et al.,

Defendants.

---

Steven H. Silton, Esq., for Plaintiff.
Barry O'Neil, Esq., for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on June 24, 2002, on Plaintiff's Motion to Compel Arbitration [#62].

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Arbitration [#62] is **GRANTED in part** and **DENIED in part** as follows:

1. Insofar as the Motion seeks to compel Defendants to submit to the third arbitration, it is **GRANTED**;

2. Insofar as the Motion seeks to compel the third arbitration before Richard Solum, it is **DENIED**.

DATED: 6/24 2002

FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE

FILED JUN 25 2002
RICHARD D. SLETTEN, CL...
JUDGMENT ENT...
DEPUTY CLERK