**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Court File No. 01-CV-1496 JRT/FLN

SICK, Inc.,
a Minnesota corporation,

Plaintiff,

v.

Motion Control Corporation and
Commerce Industrial Controls, Inc.,

Defendants.

**STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER AND ORDER**

**WHEREAS**, for the reasons stated in the Affidavit of Douglas L. Elsass submitted herewith, the parties do not anticipate completing deposition discovery by July 15, 2002, and request an extension of the Pretrial Schedule for good cause, the parties, through their counsel, stipulate as follows:

1. All deposition discovery shall be completed by July 31, 2002; and

2. All other deadlines provided by the existing Pretrial Schedule remain in effect.

Dated: 6-26-02

MANSFIELD, TANICK & COHEN, P.A.

By
Steven H. Silton (#260769)
1560 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3383
(612) 339-4295

ATTORNEYS FOR PLAINTIFF SICK, INC.



FILED JUL 0 5 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

LOMMEN, NELSON, COLE & STAGEBERG, PA

Dated: June 20, 2002

By [signature]
Barry O'Neil (#220875)
1800 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 339-8131

ATTORNEYS FOR DEFENDANT MOTION CONTROL CORPORATION

FRUTH, JAMISON & ELSASS, P.A.

Dated: 6-20-02

By: [signature]
Douglas L. Elsass (#219241)
4705 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 344-9700

ATTORNEYS FOR DEFENDANT COMMERCE INDUSTRIAL CONTROLS, INC.

**ORDER**

SO ORDERED.

Dated this 5th day of July, 2002.

BY THE COURT:

Franklin L. Noel
United States Magistrate Judge