**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

SICK, Inc.,

Plaintiff,

v.

**CIVIL 01-1496 (JRT/FLN)**

Motion Control Corporation, et al.,

Defendants.

- - - - - - - - - - - - - - - - - -

Motion Control Corporation,

Plaintiff,

v.

[redacted]

SICK, Inc.,

Defendant.

---

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

---

Case No. 01-1496 having been assigned to Judge John R. Tunheim and Case Nos. 02-1661 having later been assigned to Judge Ann D. Montgomery and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 02-1661 be assigned to Judge John R. Tunheim and Magistrate Judge Franklin L. Noel, nunc pro tunc, by use of a card on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Order for Assignment of Cases dated May 30, 2002.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

DATED: July 17, 2002.

Judge John R. Tunheim
United States District Court

DATED: July 18, 2002.

Judge Ann D. Montgomery
United States District Court

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK