UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SICK, Inc.,

Plaintiff,

v.

Motion Control Corporation, et al.,

Defendants.

Civil No. 01-1496 JRT/FLN

**ORDER**

---

Steven H. Silton, Esq., for Plaintiff.
Barry O'Neil, Esq., for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on August 19, 2002, on Plaintiff's Motion to Compel Production [#81] and Defendant's Motion to Compel Discovery [#84]. During the hearing, the Parties were able to resolve all their discovery disputes save Plaintiff's Motion to Compel Production [#81] of supplemental responses to Interrogatory No. 7 and Document Request No. 24 of the First Set.

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that

1. Plaintiff's Motion to Compel Production [#81] is **GRANTED** as follows:

   a. Insofar as the Motion seeks to compel production of supplemental responses to Interrogatory No. 7 and Document Request No. 24 of the First Set, it is **GRANTED**. Defendant will document what searches it has conducted for responsive documents and renew its search for any responsive documents;

   b. Insofar as the Motion seeks to compel re-deposition of Defendant's principals, it is **DENIED**;

AUG 2 1 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

c. The Motion is **MOOT** in all other respects pursuant to the Parties' agreement during the hearing. ;

2. Defendant's Motion to Compel Discovery [#84] is **MOOT** pursuant to the Parties' agreement during the hearing.

DATED: Aug 20 2002

FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE