**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

SICK, INC.

Plaintiff,

v.

MOTION CONTROL CORPORATION AND COMMERCE INDUSTRIAL CONTROLS, INC.,

Defendants.

Civil No. 01-1496 (JRT/FLN)

**ORDER**

---

Steven H. Silton, MANSFIELD TANICK & COHEN, 220 South Sixth Street, Suite 1700, Minneapolis, MN 55402, for plaintiff.

Barry A. O'Neil, LOMMEN NELSON COLE & STAGEBERG, 80 South Eighth Street, Suite 1800, Minneapolis, MN 55402, for defendant Motion Control Corporation.

Douglas L. Elsass, FRUTH, JAMISON & ELSASS, 80 South Eighth Street, Suite 4705, Minneapolis, MN 55402, for defendant Commerce Industrial Controls, Inc.

Counsel in this case are ordered to appear before United States Magistrate Judge Franklin L. Noel on December 19, 2002 at 2:00 p.m. for a settlement conference. A notice of the settlement conference from Magistrate Judge Noel will be forthcoming.

DATED: December 4, 2002
at Minneapolis, Minnesota.

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

FILED DEC 0 4 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____