UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SICK, Inc.,

Plaintiff,

v.

Motion Control Corporation, et al.,

Defendants.

Civil No. 01-1496 JRT/FLN

**ORDER**

---

Brian Dockendorf, Esq., for Plaintiff.
Barry O'Neil, Esq., for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on January 13, 2003, on Plaintiff's Motion for Contempt and Sanctions [#130].

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Contempt and Sanctions [#130] is **GRANTED in part** and **DENIED in part** as follows:

a. Insofar as the Motion seeks to hold Defendants in contempt, the Motion is **DENIED**;

b. Insofar as the Motion seeks to strike the Defendants' counterclaims, the Motion is **DENIED**;

c. Insofar as the Motion seeks a sanction prohibiting the Defendants from introducing damages incurred by Defendants in their claim that MCC expanded its facility, the Motion is **DENIED**;

d. Insofar as the Motion seeks monetary damages the Motion is **DENIED**;

e. The Motion is **GRANTED** to the extent that any documents

FILED FEB 2 6 2003
RICHARD D. S[illegible]

that have not been produced pursuant to discovery requests will be precluded from evidence at trial; and

f. In all other respects the Motion is **DENIED**.

DATED: 2/26 2003

FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE