**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

SICK, Inc.,

Plaintiff,

v. **CIVIL 01-1496 (JRT/FLN)**

Motion Control Corp.,

Defendant.

- - - - - - - - - - - - - - - - - -

Motion Control Corp.,

Plaintiff,

v. **CIVIL 03-5192 (PAM/RLE)**

SICK, Inc.,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case No. 01-1496 having been assigned to Judge John R. Tunheim and Case Nos. 03-5192 having later been assigned to Judge Paul A. Magnuson and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 03-5192 be assigned to Judge John R. Tunheim and Magistrate Judge Franklin L. Noel, nunc pro tunc, by use of a card on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Order for Assignment of Cases dated February 10, 2003.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

DATED: September 24, 2003.

Judge John R. Tunheim
United States District Court

DATED: September 26, 2003.

Judge Paul A. Magnuson
United States District Court

FILED SEP 2 9 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK