# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| SICK, Inc., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: John R. Tunheim |
| Plaintiff, | ) | U.S. District Judge |
| | ) | |
| v. | ) | Case No: 01-1496 JRT/FLN |
| | ) | Date: February 23, 2004 |
| Motion Control Corporation and | ) | Court Reporter: Tim Willette |
| Commerce Industrial Controls, Inc. | ) | Time Commenced: 11:32 a.m. |
| | ) | Time Concluded: 11:55 a.m. |
| Defendants. | ) | Time in Court: 0 Hours & 23 Minutes |

Hearing on: **Status Conference**

APPEARANCES:

Plaintiff: Steven H. Silton and Charles Horowitz
Defendant: Barry A. O' Neil for Motion Control
Douglas L. Elsass for Commerce Industrial

PROCEEDINGS:

9 Evidence by 9 Plaintiff 9 Defendant 9 Other:
9 Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
9 Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
9 Final pretrial conference held
9 Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
9 Settlement reached. Terms stated on the record.
9 No settlement reached.
: Status conference.
9 Dates discussed for the progression of the case.

IT IS ORDERED:

9 Schedule Set:
Trial:
PTC:
Discovery:
9 Proceedings continued to __________________ at _________ a.m./p.m.
9 Submitted 9 Sustained 9 Overruled
9 Brief time set:
9 Written order forthcoming.

s/Lou Jean M. Gleason
Calendar Clerk