# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | | |
|---|---|---|
| SICK, Inc., Plaintiff, v. Motion Control Corporation and Commerce Industrial Controls, Inc., Defendants. | ) | **COURT MINUTES**<br>BEFORE: John R. Tunheim<br>U.S. District Judge |

Case No: 01-1496 JRT/FLN
Date: March 5, 2004
Deputy: Lou Jean M. Gleason
Court Reporter: Kristine Mousseau
Time Commenced: 9:58 a.m.
Time Concluded: 11:35 p.m.
Time in Court: 1 Hours & 37 Minutes

Hearing on: **Plaintiff's motion to consolidate this case with 03-5192 is GRANTED; Plaintiff's motion to conjoin 02-1661 is DENIED; and Plaintiff's motion fo enjoin state court action is DENIED [Docket No. 148]. Defendant Motion Control's motion to vacate the Court's March 31, 2003 and June 19, 2003 Orders dismissing Motion Control's counterclaims [Docket No. 151] is DENIED.**

APPEARANCES:

Plaintiff: Steven H. Silton
Defendant: Barry A O'Neil, for Motion Control Corp.
Douglas L. Elsass, for Commerce Industrial Controls, Inc.

PROCEEDINGS:
9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED: **The Clerk of Court is directed to consolidate files 01-1496 and 03-5192. All documents from this day forward shall be filed in 01-1496. Documents in 03-5192 shall remain in that file. 03-5192 shall be closed.**

s/Lou Jean M. Gleason
Calendar Clerk