UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SICK, Inc.,

Plaintiff,

v.

Motion Control Corporation and
Commerce Industrial Controls, Inc.,

Defendants.

Civil No. 01-1496 JRT/FLN

**ORDER OF CASE MANAGEMENT CONFERENCE**

---

Aaron F. Biber, Esq., Charles A. Horowitz, Esq., Shawn L Pearson, Esq., Steven H. Silton, Esq., and V. John Ella, Esq., for SICK, Inc.
Barry O'Neil, Esq.,Valerie R. Sims, Esq., and Harry Kennedy, Esq., for Motion Control Corporation.
Douglas L. Elsass, Esq., for Commerce Industrial Controls, Inc.

---

A Case Management Conference will be held on Tuesday, April 13, 2004, at 9:00 a.m., before the undersigned in chambers located at 9W United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota 55415.

Dated: March 17, 2004.

S/ Franklin L. Noel
U.S. Magistrate Judge