# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PRETRIAL CONFERENCE

SICK, Inc.,

Plaintiff,

v.

Motion Control Corporation,

Defendant.

**COURT MINUTES**

Case Number: 01-1496 JRT/FLN
and 03-5192 JRT/FLN

Date: April 13, 2004
Court Reporter:
Time Commenced: 9:00 a.m.
Time Concluded: 10:00 a.m.
Time in Court: 60 Minutes

Pretrial Conference before Franklin L. Noel, United States Magistrate Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Motion Control: Barry O'Neil

For SICK: Steve Silton

For Commerce Industrial Controls: Douglas Elsaas

A. DESCRIPTION OF THE CASE

1. Nature of the case: Contract dispute; new action consolidated with old action

2. Legal and factual issues:

   a) Liability: ______

   b) Damages: ______

B. THE PLEADINGS

1. All filed? No; defendant moved to dismiss, denied on 3/5/04; SICK to answer the complaint in 03-5192 on or before April 23, 2004

   a. Anticipated amendments? ________

   b. Additional parties? ________

2. Jury demand:

   a. yes ☒ no ☐

   b. Any issue with respect to jury demand? ________

3. Amend Pleadings:

   a. Add parties/claims/defenses ________

   b. Punitive damages motion ________

C. DISCOVERY

1. Limitations on Discovery:

   a) Interrogatories 10 ) Limited to discovery of facts occurring after 10/5/01
   b) Depositions 5 )
   c) Requests for Admission n/a
   d) Document Requests n/a
   e) Rule 35 Medical Exam ______
   f) Other Parties are ordered to supplement all discovery responses on or before June 1, 2004; no depositions until after June 1, 2004

2. Pre-Discovery Disclosures ________

3. Discovery cut-off 8/1/04

4. Other deadlines ________

5. Experts: YES ☐ NO ☒ Other than experts identified in 2001 action

   a. Identity ________
      Plaintiff ________ Defendant ________

   b. Substance of Testimony ________
      Plaintiff ________ Defendant ________

   c. Depositions; Number ______; Date ________

D. MOTIONS

1. Non-dispositive 8/1/04

2. Dispositive 9/1/04

E. TRIAL READINESS

a. Estimated Trial Time: 5-7 trial days

b. Trial Ready Date: 11/1/04

s/Franklin L. Noel
U. S. Magistrate Judge