**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

SICK, Inc., Court File No.: 01-1496 JRT/FLN

Plaintiff,

v.

Motion Control Corporation and
Commerce Industrial Controls, Inc.,

Defendants.

---

Motion Control Corporation and
Commerce Industrial Controls, Inc.,

Plaintiffs,

v.

SICK, Inc.,

Defendant.

---

**PLAINTIFF SICK, INC.'S NOTICE OF MOTION TO RENEW MOTION TO DISMISS AND MOTION TO STAY DISCOVERY**

**ORAL ARGUMENT WAIVED**

**TO:** Defendant Motion Control Corporation, and its attorney, Barry A. O'Neil, Lommen Nelson Law Firm, 1800 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402 and Defendant Commerce Industrial Controls, Inc., and its attorney, Douglas L. Elsass, Fruth, Jamison & Elsass, P.A., 4705 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402.

**PLEASE TAKE NOTICE** that Plaintiff SICK, Inc., will bring a Motion before the Honorable John R. Tunheim, Judge of United States District Court on August 3, 2004 at 9:30 a.m. for an Order, pursuant to Federal Rule of Civil Procedure 12, to Dismiss this action in its entirety, and in the alternative to Stay Discovery.

**MANSFIELD, TANICK & COHEN, P.A.**

Dated: May 20, 2004

By: s/ Shawn L. Pearson

Steven H. Silton (260769)
Charles A. Horowitz (294767)
Shawn L. Pearson (326069)
1700 Pillsbury Center South
220 South Sixth Street
Minneapolis MN 55402-4511
(612) 339-4295

**ATTORNEYS FOR SICK, INC.**

#342315 v1