**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

SICK, Inc.,

Plaintiff,

v.

Motion Control Corporation and
Commerce Industrial Controls, Inc.,

Defendants.

Court File No.: 01-1496 JRT/FLN

**AFFIDAVIT OF SHAWN L. PEARSON**

---

Motion Control Corporation and
Commerce Industrial Controls, Inc.,

Plaintiffs,

v.

SICK, Inc.,

Defendant.

---

STATE OF MINNESOTA )
) SS.
COUNTY OF HENNEPIN )

**Shawn L. Pearson**, being duly sworn on oath, states and alleges as follows:

1. I am an attorney for SICK, Inc., and submit this Affidavit in support of Plaintiff SICK, Inc.'s Memorandum of Law in Support of Motion to Stay Discovery.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Order of the Hennepin County District Court, Judge Mary Steenson dated May 6, 2004.

3. Attached hereto as Exhibit 2 is a true and correct copy of Transcript of Oral Argument March 5, 2004, page 56.

4. Attached hereto as Exhibit 3 is a true and correct copy of Scheduling Order dated April 22, 2004, Magistrate Judge Franklin Noel.

5. Attached hereto as Exhibit 4 is a true and correct copy of Motion Control Corporation's Rule 26(f) Report dated March 30, 2004.

6. Attached hereto as Exhibit 5 is a true and correct copy of email correspondence from Alberto Bertomeu to Mike Quaine dated May 18, 2004.

The above is true and correct to the best of my knowledge.

s/ Shawn L. Pearson
Shawn L. Pearson

Subscribed and sworn to before me this
20th day of May, 2004.

s/ Amy E. Kocon
Notary Public

#345902.1