in this case which the Court believes distinguishes this case from some of the other cases in the other circuits where this motion would be received better is the fact that the removal seemed very logical in this case on the grounds of judicial economy, and that in the Court's view gives a fair basis to pursue removal even though the Eighth Circuit ultimately determined that it was inappropriate.

As to SICK's motion to dismiss and the motion for sanctions, this has to do with the claims raised by MCC in the '03 action. The Court will deny these motions. Probably the denial of this Rule 12 motion is made more out of an abundance of caution than any other.

I do think there are some issues here which likely will have to be sorted through at a later time, and I think that aspects of this motion likely are grantable at the appropriate time. I think the fact that we are now consolidating '01 and '03 will give the Court a better ability to sort through these issues at a time that it may be necessary to do so.

And the Court also doesn't see any basis for granting the Rule 11 motion which accompanies the Rule 12 motion, and then finally, SICK's motion to confirm the arbitration award, the Court is going to deny that motion.

The February 18th order is confounding, I will say that, and it seems in some respects, well certainly

EXHIBIT 2