UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SICK, Inc.,

Plaintiff,

v.

Motion Control Corporation
and Commerce Industrial Controls, Inc.,

Defendants.

Civil No. 01-1496 & 03-5192 JRT/FLN

PRETRIAL SCHEDULE

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

   a. All discovery shall be commenced in time to be completed by August 1, 2004.

   b. No more than 10 interrogatories, including all discrete subparts, shall be served by any party. Interrogatories limited to discovery of facts occurring after October 5, 2001.

   c. No more than 5 depositions shall be taken by any party. Depositions limited to discovery of facts occurring after October 5, 2001.

   d. Parties are ordered to supplement all discovery responses on or before June 1, 2004. No depositions shall be taken until after June 1, 2004.

   e. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by August 1, 2004. Nondispositive motions may be scheduled for

EXHIBIT
tabbies
3

hearing by calling Cathy Orlando, Calendar Clerk to Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. <u>Dispositive Motions</u>:

   a. All dispositive motions shall be filed prior to September 1, 2004.

   b. Judge Tunheim's Calendar Clerk, Lou Jean Gleason, (612-664-5083), will contact counsel with a hearing date after all papers have been submitted.

   c. All dispositive motions shall be filed and served in compliance with Local Rule 7.1.

3. <u>Trial</u>

   a. This case shall be ready for trial no later than November 1, 2004, at which time it will be placed on the court's jury trial calendar.

   b. Trial is estimated to last 5-7 trial days.

DATED: April 22, 2004.

S/ *Franklin L. Noel*
United States Magistrate Judge