-----Original Message-----
**From:** Alberto Bertomeu [mailto:Alberto.Bertomeu@sick.com]
**Sent:** Tuesday, May 18, 2004 5:54 PM
**To:** mquaine@motioncontrolcorp.com; rquaine@motioncontrolcorp.com
**Cc:** Steven H. Silton
**Subject:** Settlement Offer

Hi Mike,

thx for our conversation by phone on Monday this week. I realize that I requested you to provide me with a proposal on how to proceed from here by tomorrow morning. Based on a more recent and accelerated development today within Sick, I decided to put this offer in front of you since I'm under a very tight time schedule.

**1) Continuation of business relationship with MCC**

A joint future for MCC/Sick is ultimately only possible under the terms of a trusting, open and business partner like relationship. The impending, continued and fruitless litigation yet in front of us will not allow for such an arrangement in addition to other concerns. On that note, we regret to part ways, a risk Sick has stressed over and over in the past.

**2) Discontinuation of any future legal actions**

A team of various experts (internal/external) has carefully and objectively reviewed the "best case situation for MCC", in regards to financial claims and the outcome of any litigation in regards to damages. Even that very best case will not produce a positive outcome in financial terms for MCC taken into account the most conservative claims on behalf of Sick (Dolan Jenner only) in our view.

However, while Sick might have an upside on the damage claims, we are an industrial company, not a law firm. I want to focus my organization on our core competencies. You mentioned that MCC expects to spent $80K in legal fees to reach a verdict in regards to the damage claims. Sick will offer in an effort of "Cost of Defense Offer" a cash settlement of $ 80K for a full, mutual release of all current and future legal activities. Considering that MCC will spent $80K and will receive $80K from Sick, it amounts to a $160K settlement offer.

I kindly request a response by no later than Friday morning. I apologize for this short notice but this is mandated to me by multiple source and events that need to take place in short order.

Please take note of the attached letter we are mailing out to customers in regards to the transition and conclusion of our business relationship.

Please feel free to call me anytime on my cell phone

regards,

Alberto Bertomeu
President
-----------------------------------------------
SICK, Inc.
Detect the Difference
-----------------------------------------------
6900 West 110th Street
Minneapolis, MN 55438 USA

05/20/2004

EXHIBIT
tabbies
5