UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

SICK, Inc., Court File No.: 01-1496 JRT/FLN

Plaintiff,

v.

Motion Control Corporation and
Commerce Industrial Controls, Inc.,

Defendants.

---

Motion Control Corporation and
Commerce Industrial Controls, Inc.,

Plaintiffs,

v.

SICK, Inc.,

Defendant.

---

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 20, 2004, I caused the following documents:

1. Notice of Motion to Renew Motion to Dismiss and Motion to Stay Discovery;
2. Motion to Renew Motion to Dismiss and Motion to Stay Discovery;
3. Memorandum of Law in Support of Motion to Renew Motion to Dismiss and Motion to Stay Discovery;
4. Affidavit of Shawn L. Pearson.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Barry A. O'Neil
Douglas L. Elsass

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

**MANSFIELD, TANICK & COHEN, P.A.**

Dated: May 20, 2004

By: s/ Shawn L. Pearson

Steven H. Silton (260769)
Charles A. Horowitz (294767)
Shawn L. Pearson (326069)
1700 Pillsbury Center South
220 South Sixth Street
Minneapolis MN 55402-4511
(612) 339-4295

**ATTORNEYS FOR SICK, INC.**