**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

SICK, INC.,

Plaintiff,

Civil No. 01-1496 (JRT/FLN)

v.

**ORDER**

MOTION CONTROL CORP. and
COMMERCE INDUSTRIAL
CONTROLS, INC.,

Defendants.

---

Steven H. Silton, Charles A. Horowitz and Shawn L. Pearson, MANSFIELD, TANICK & COHEN, P.A., 220 South Sixth Street, Suite 1700, Minneapolis, MN, 55402-45511, for plaintiff SICK, Inc.

Barry A. O'Neil, LOMMEN, NELSON, COLE & STAGEBERG, 80 South Eighth Street, Suite 1800, Minneapolis, MN 55402, for defendant Motion Control Corp.

Douglas L. Elsass, FRUTH, JAMISON & ELSASS, P.A., 80 South Eighth Street, Suite 3902, Minneapolis, MN, 55402, for defendant Commerce Industrial Controls, Inc.

This lawsuit has a long and tortured history not only in this Court, but also in arbitration, and in the Hennepin County District Court. The Court now addresses plaintiff's motion to stay discovery.[1]

---

[1] Motions relating to discovery are more properly brought to the Magistrate Judge, whose decisions are appealable to this Court. This dispute has been pending for over three years, and the Court addresses this motion without referring it to the Magistrate Judge in the interest of expediency.

United States Magistrate Judge Franklin L. Noel issued a pretrial schedule on April 22, 2004, which provided for limited discovery in this matter. Specifically, the pretrial scheduling order contemplated no more than ten interrogatories, and no more than five depositions which are limited to facts occurring after October 5, 2001. Both parties have already completed some discovery, and the limited discovery contemplated by the April 22, 2004 Order is not unduly onerous. The Court sympathizes with plaintiff's rationale for a stay, but will not risk **any** additional delay in the resolution of this matter. Therefore, the Court will not stay discovery, and denies plaintiff's motion. Plaintiff's motion to dismiss remains pending, and will be heard as scheduled.

**ORDER**

Based upon the foregoing, the submissions of the plaintiff, and the entire file and proceedings herein, **IT IS HEREBY ORDERED** that plaintiff's motion to renew its motion to dismiss and its motion to stay discovery [Docket No. 171] is **DENIED** to the extent it seeks a stay of discovery. The motion to renew its motion to dismiss remains pending.

DATED: June 1, 2004
at Minneapolis, Minnesota.

s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge