**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Court File No.01-CV-1496 JRT/FLN

SICK, Inc.,
a Minnesota corporation,

Plaintiff,

v.

Motion Control Corporation and
Commerce Industrial Controls, Inc.,

Defendants.

**MOTION CONTROL CORPORATION'S MOTION TO STRIKE EVIDENCE OF SETTLEMENT NEGOTIATIONS**

**ORAL ARGUMENT REQUESTED**

TO: Plaintiff SICK, Inc. and its attorneys, Steven H. Silton, Esq., Charles A. Horowitz, Esq., Shawn L. Pearson, Esq., Mansfield, Tanick & Cohen, P.A., 1700 Pillsbury Center South, 220 South Sixth Street, Minneapolis, Minnesota 55402-1409.

Motion Control Corporation ("MCC"), through its undersigned attorneys, hereby moves the Court for an Order to strike from the record those materials filed by SICK, Inc. that evidence settlement negotiations pursuant to Fed. R. Evid. 408. Specifically, MCC moves to strike from the record Exhibit 5 of the Pearson Affidavit and footnote 1 of SICK, Inc.'s memorandum of law.

Dated: July 28, 2004

LOMMEN, NELSON, COLE & STAGEBERG, P.A.

s/ Geraint D. Powell
Kay Nord Hunt, I.D. No. 172376
Barry A. O'Neil, I.D. No. 220875
Geraint D. Powell, I.D. No. 250594
Attorneys for Motion Control Corporation
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
(612) 339-8131
FAX: (612) 339-8064