**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Court File No.01-CV-1496 JRT/FLN

SICK, Inc.,
a Minnesota corporation,

Plaintiff,

v.

Motion Control Corporation and
Commerce Industrial Controls, Inc.,

Defendants.

**MOTION CONTROL CORPORATION'S NOTICE OF MOTION TO STRIKE EVIDENCE OF SETTLEMENT NEGOTIATIONS**

**ORAL ARGUMENT REQUESTED**

---

TO: Plaintiff SICK, Inc. and its attorneys, Steven H. Silton, Esq., Charles A. Horowitz, Esq., Shawn L. Pearson, Esq., Mansfield, Tanick & Cohen, P.A., 1700 Pillsbury Center South, 220 South Sixth Street, Minneapolis, Minnesota 55402-1409.

**PLEASE TAKE NOTICE** that the undersigned will bring a motion pursuant to Fed. R. Evid. 408 to strike from the record those materials filed by SICK, Inc. that contain evidence of settlement negotiations. This motion will be made to the Honorable John R. Tunheim, Judge of U.S. District Court, U.S. Courthouse, Suite 13E, 300 South Fourth Street, City of Minneapolis, State of Minnesota, on August 18, 2004 at 9:00 a.m.

Dated: July 28, 2004

LOMMEN, NELSON, COLE & STAGEBERG, P.A.

s/ Geraint D. Powell
Kay Nord Hunt, I.D. No. 172376
Barry A. O'Neil, I.D. No. 220875
Geraint D. Powell, I.D. No. 250594
Attorneys for Motion Control Corporation
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
(612) 339-8131
FAX: (612) 339-8064

Doc. #: 233380