# SICK

## MICHIGAN DIRECT SALES

| 1998 | | 1999 | |
|---|---|---|---|
| ACKERMAN ELEC SUPPLY CO | 563,301 | ACKERMAN ELEC SUPPLY CO | 163,158 |
| BURKLAND INC | 0 | BURKLAND INC | 0 |
| CHRYSLER CORPORATION | 19,250 | DAIMLERCHRYSLER CORP. | 0 |
| CHRYSLER CORPORATION | 104,500 | DAIMLERCHRYSLER CORP | 185,521 |
| COMPUNETICS SYSTEMS INC. | 55,678 | COMPUNETICS SYSTEMS INC. | 48,499 |
| CONTROL ENGINEERING CO | 28,278 | CONTROL ENGINEERING CO | 44,198 |
| DATA MASTERS INC | 1,496 | DELPHI AUTOMOTIVE SYSTEMS | 0 |
| DELPHI AUTOMOTIVE SYSTEMS | 0 | E & E ENGINEERING | 834 |
| E & E ENGINEERING | 397,536 | ELECTRONIC GUARDING PROD | 389,702 |
| ELECTRONIC GUARDING PROD | 105,642 | FANUC ROBOTICS N. AMERICA | 6,377 |
| FABRISTEEL | 209 | FANUC ROBOTICS NO AMERICA | 0 |
| FANUC ROBOTICS NO AMERICA | 0 | FIFE ELECTRIC COMPANY | 8,798 |
| FIFE ELECTRIC COMPANY | 1,386,305 | FISCHER-FLACK INC | (7,208) |
| FISCHER-FLACK INC | 280,471 | GMTG JANESVILLE ASSMBLY | 65,832 |
| GENERAL MOTORS CORP | (430) | GENERAL MOTORS CORP | 0 |
| GENERAL MOTORS CORP | 0 | GM PROVING GROUND | 0 |
| GENERAL MOTORS CORP | 0 | GREAT LAKES ELECT SUPPLY | 228,615 |
| GENERAL MOTORS CORP | 0 | INDUSTRIAL SENSORS | 0 |
| GREAT LAKES ELECT SUPPLY | 585,129 | JERVIS B WEBB CO | (1,447) |
| INDUSTRIAL SENSORS | (1,304) | K & S INDUSTRIES | 1,900 |
| JERVIS B WEBB CO | 105,814 | PSI | 0 |
| K & S INDUSTRIES | 0 | RAPISTAN DEMAG | 0 |
| AUTOALLIANCE INTL INC | 0 | RAYL INDUSTRIAL SUPPLY | (83,571) |
| PERCEPTRON INC | 284 | SIEMENS ELECTROCOM L.P. | 23,952 |
| RAPISTAN DEMAG | 0 | BLACK & VEATCH INTL | 0 |
| RAYL INDUSTRIAL SUPPLY | 1,947,049 | | |
| SENTEC AUTOMATION COMPON | 0 | | |
| SIEMENS ELECTROCOM L.P. | 47,421 | | |
| SMARTEYE CORPORATION | 67,107 | | |
| TRW | 9,157 | | |
| **TOTAL** | **5,702,893** | **TOTAL** | **1,075,160** |

Osterhues
DEPOSITION EXHIBIT
1
7-18-02 MP

# SICK

## MICHIGAN DIRECT SALES

### 2000

| | PB | |
|---|---|---|
| ACKERMAN ELEC SUPPLY CO | 02 | (1,038) |
| MANNESMANN DEMATIC | 01 | 102,296 |
| DAIMLERCHRYSLER CORP | 01 | 0 |
| DAIMLERCHRYSLER CORP | 02 | 22,454 |
| DAIMLERCHRYSLER CORP | 05 | 418,870 |
| COMPUNETICS SYSTEMS INC. | 05 | 0 |
| E & E ENGINEERING | 01 | (4,064) |
| E & E ENGINEERING | 02 | (1,178) |
| ELECTRONIC GUARDING PROD | 02 | 1,116 |
| ERMANCO INCORPORATED | 01 | 21,104 |
| GREAT LAKES ELECT SUPPLY | 02 | (81) |
| INGERSOLL CINETIC AUTOM. | 02 | 80,893 |
| INDEPENDENT SYSTEMS SVCS | 05 | 3,600 |
| K & S INDUSTRIES | 01 | 0 |
| K & S INDUSTRIES | 02 | 0 |
| SIEMENS ELECTROCOM L.P. | 01 | 20,714 |
| TOTAL | | 664,686 |

### 2001 YTD

| | PB | |
|---|---|---|
| SIEMENS DEMATIC | 01 | 46,954 |
| SIEMENS DEMATIC | 05 | 0 |
| ROBERT BOSCH CORPORATION | 01 | 3,544 |
| ROBERT BOSCH CORPORATION | 15 | 396 |
| DAIMLERCHRYSLER CORP | 01 | 122 |
| DAIMLERCHRYSLER CORP | 02 | 10,332 |
| DAIMLERCHRYSLER CORP | 05 | 143,118 |
| COMPUNETICS SYSTEMS INC. | 05 | 68,318 |
| CEC CONTROLS CO., INC. | 01 | 466 |
| CEC CONTROLS CO., INC. | 05 | 32,627 |
| COMAU PICO INDUSTRIES | 05 | 2,848 |
| GRAND RAPIDS SPRING | 02 | 3,418 |
| GORDON FOOD SERVICE, INC | 01 | 1,425 |
| GORDON FOOD SERVICE, INC | 05 | 21,678 |
| CONTROL ENGINEERING CO | 02 | 2,700 |
| EGEMIN AUTOMATION, INC. | 02 | 121,880 |
| ELECTRICAL POWER/DESIGN | 01 | 11,542 |
| ELECTRICAL POWER/DESIGN | 05 | 1,159 |
| ELECTRICAL POWER/DESIGN | 15 | 1,104 |
| ERMANCO INCORPORATED | 01 | 73,994 |
| ERMANCO INCORPORATED | 15 | 60 |
| GENERAL MOTORS CORP | 01 | 449 |
| GENERAL MOTORS CORP | 02 | 460 |
| GM TRUCK GROUP M/C | 01 | 422 |
| GM TRUCK GROUP M/C | 02 | 107 |
| GENERAL MOTORS CORP | 01 | 0 |
| GRAYBAR ELECTRIC CO. | 01 | 7,427 |
| GRAYBAR ELECTRIC CO. | 02 | 23,990 |
| GRAYBAR ELECTRIC CO. | 15 | 248 |
| GRAYBAR BELLEVILLE | 01 | 3,581 |
| GRAYBAR BELLEVILLE | 02 | 7,901 |
| INGERSOLL CINETIC AUTOM. | 02 | 426 |
| INDEPENDENT SYSTEMS SVCS | 05 | 3,870 |
| JOHANN A KRAUSE, INC. | 01 | 5,850 |
| JOHANN A KRAUSE, INC. | 02 | 28,145 |
| K & S INDUSTRIES | 02 | 12,322 |
| K & S INDUSTRIES | 05 | 1,945 |
| KORE, INC. | 05 | 995 |
| LABOR AIDING SYSTEMS | 01 | 202 |
| PSI | 05 | 22 |
| RAYL INDUSTRIAL SUPPLY | 01 | (2,153) |
| RAYL INDUSTRIAL SUPPLY | 02 | 32,144 |
| SMARTEYE CORPORATION | 05 | 4,441 |
| ELECTRONIC DATA SYSTEMS | 05 | 60,119 |
| TOTAL | | 740,598 |