# SICK

**Detect the Difference**

**Quotation #** **JB1009021-1**

**Prepared for:**
**Mr. Aaron Bobkin**
**Ford Motor Company**
**Wayne Assembly Plant**
**38303 Michigan Avenue**
**Wayne, MI 48184-1004**

**Prepared by:**

**Sales Engineer**
Jeffrey Borsvold
SICK Auto Ident, Inc.
3754 Noble
Brighton, MI 48116
810-494-0281
810-494-5215
Jeff.borsvold@sick.com

**Application Engineer**
Roy Wykstra
SICK Auto Ident, Inc.
918 E. Allegan
Martin, MI 49070-0232
269-672-5637
269-672-7185
Rwykstra@sickautoid.com

MCC02373

**Automatic Identification Solutions**






SICK **Factory Automation Solutions**
Industrial Sensors • Safety Systems • Automatic Identification

**Proposal Number: JB1009021-1**

**Date:** October 9, 2002

Mr. Aaron Bobkin
Ford Motor Company
Wayne Assembly Plant
38303 Michigan Avenue
Wayne, MI 48184-1004

Dear Mr. Bobkin:

We appreciate the opportunity to provide this quotation for SICK CLV450 bar code scanners and accessories for several applications that we discussed during my October 8, 2002 visit to the Wayne Assembly Plant. I have included everything you'll need to satisfy a scanning point (scanners, power supplies/interface, mounting bracket, software, programming cable). This is also referenced in the catalogs you received today.

I'm sure that once you've worked with our CLV450 for yourself, you'll be impressed by the ease of setup and the flexibility they provide.

The following pages detail the proposed specifications, pricing and Terms and Conditions of the SICK Solution to your application need.

I also investigated who supplies this product to Ford and learned that RS Electronics is the Commodity Supplier for the Wayne Truck Assembly plant. So I think it is safe to say that you could reference them to your purschasing contact.

Your time and business is much appreciated. When you submit your purchase order for this system, please reference proposal number **JB1009021-1** to ensure you get your special pricing. Should you have any further questions, please feel free to contact me. I look forward to hearing from you!

Best regards,

Jeffrey Borsvold
SICK Auto Ident, Inc.
Sales Engineer

SICK

**Pricing Detail**
**System Hardware**

| Qty | Part Number | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| 1 | 1 018 556 | CLV450-0010 Line Scanner* | $2,460.75 | $2,460.75 |
| 1 | 1 019 218 | CLV450-6010 Oscillating Mirror Scanner* | $3,140.75 | $3,140.75 |
| 1 | 7 024 494 | PS53-1000 115/230VAC Interface** | $216.75 | $216.75 |
| 1 | 7 024 495 | PS53-0000 24Vdc Interface** | $195.50 | $195.50 |
| 1 | 7 024 011 | MB-W45A-43x-QR Quick Release Mounting Bracket | $89.25 | $89.25 |
| 1 | 7 021 849 | KP-DB09-3E 3 meter programming cable† | $12.75 | $12.75 |
| 1 | 7 026 126 | CLV Setup Software on CD Windows based | No Charge | No Charge |
| | | | | |
| | | | **Total** | |

* Select only one of these per scanning point
** Select only one of these per scanning point
† One time purchase, only needed for scanner configuration

| | |
|---|---|
| Payment Terms: | NET 30 days from shipment |
| F.O.B. Point: | Origin |
| Delivery: | 2-3 weeks from receipt of purchase order |
| Quotation Validity: | 1 year from Submission |

SICK

**Installation**

SITE SURVEY:

To ensure system compatibility and to expedite installation and commissioning of your system(s) a site survey is required *prior* to all system installations. During the site evaluation, a SICK Auto Ident field representative will evaluate the scanning environment and material handling equipment in the area for installation feasibility. Any special mounting considerations that need to be addressed prior to installation will be reviewed.

MOUNTING:

The scanner will be mounted either on a custom mounting structure or attached to the conveyor. Mounting can be supplied by the integrator, end user or SICK Auto Ident. If SICK Auto Ident supplies the mounting hardware we will install it. If we do not supply the hardware we are not responsible for installing it unless mechanical installation has been specified. The customer may be billed $1195 per day for any delays due to mounting hardware issues if the scanners cannot be mounted.

INSTALLATION:

Installation assistance is a service that SICK Auto Ident provides to its customers worldwide, assisting them with installation, insuring they will maximize production needs and helping to meet application requirements in a minimum amount of time. Installation assistance is mandatory for all omni-directional scanners and requires two weeks advance scheduling.

**Customer Responsibilities for installation:**

- AC power must be supplied to the scanners or decoders.
- Scanners must be mounted in the appropriate positions unless mechanical installation has been purchased from SICK Auto Ident. SER 100 installation DOES NOT include mechanical mounting unless otherwise indicated.
- Communication cabling and connections should be run to the scanners or decoder (I/O Box).
- Optional output devices should be connected to the scanner or decoder.
- If your system requires a tachometer, the shaft encoder must be mounted to the conveyor and cabling run from the encoder to the scanner interface box.
- A knowledgeable party from the integrator or customer must be available for assistance to work with our Customer Support Engineer.

**SICK Auto Ident Responsibilities:**

- Ensure the mounting of the scanner is in the proper physical location in accordance with the scanner specification.
- Ensure the connections to the scanner and the interface box are properly connected and grounded as necessary, including photo-eyes, shaft encoder, communications cabling and outputs.
- Ensure the scanner is reading and communicating statically in accordance with the scanner specifications.
- Ensure the dynamic performance meets the system requirements in accordance with the scanner specifications.

*Note:*

*Failure by the customer or the integrator to provide complete application parameters, or making changes to the scanner or system requirements from the original specifications may add additional time, delay or postpone the installation. In such an event, the customer or integrator will be liable for any additional labor charges and travel expenses.*

*Note regarding custom scanner configurations (Models OMNI 2110, OMNI L):*

*In order to obtain the maximum performance for all bar code scanning products, SICK Auto Ident provides a custom scanner setup. This process is performed for the customer at no-charge and ensures that your fixed position scanners will perform at their maximum capability for your application. We will require several samples of each of the bar codes you intend to read in order to build your scanners and maintain samples for future project. Should you require additional scanners, simply call Customer Service at 888-264-4641 with the serial number of the unit you would like to duplicate and you can order a "same as" unit. New applications will require a new factory keysheet in order to provide the best performance. Custom scanner setup is a service that is provided by SICK Auto Ident Application Engineering free of charge.*

**Training**

SICK Auto Ident will conduct comprehensive training at our Canton, MA facility for two persons for one day on all scanning equipment. One day on-site training is also available for up to six (6) students at $1,800.00 plus travel and expenses at cost. The training price includes all training manuals and classroom documentation. Contact our Field Service Manager at 888-264-4641 and select option #3 for more information

SICK

# *Customer Support Services*

## CONTACT & SERVICE INFORMATION

*Applications Engineer* : Roy Wykstra
Each Sales Engineer is teamed with an Applications Engineer. Your Applications Engineer along with your Sales Engineer is responsible for obtaining the project application parameters and defining the most appropriate *solution* for your application. Additionally, requests for information on your application, custom *Application Software* requests, or any changes for your existing application can be channeled through your *designated AE*.

*Customer Service*– Phone: 888-264-4641, option 1. Email: Customer.Service@Sickautoid.com
Call Customer Service to check the status of orders or change shipping method, or inquire about spare parts or **Service Programs** (see below.) Customer Support Services can be contacted at 800-264-4641, Monday through Friday, 8:30 a.m. to 5:00 p.m., Eastern Time, excluding SICK Auto Ident

*Technical Support* – Phone: 888-264-4641, option 2
Technical support is typically available for customers during the hours of 8:00a.m. - 5:00pm Monday through Friday Eastern Standard Time. **24-hour support is available free to our customers who have a Service Contract.**

*Scheduling Installation* – Contact: Paul Lukas, Phone: 888-264-4641, option 3, Email: plukas@sickautoid.com
If you require on-site support or want to schedule an installation, please call our Field Service Manager, Paul Lukas. While SICK Auto Ident will make every effort to accommodate all customer requests for service, it is recommended that the installation be scheduled with a two-week advance notice to effectively coordinate the installation efforts and necessary travel arrangements.

## SERVICE AND WARRANTY PROGRAMS

SICK Auto Ident warrants that its scanner and component parts will be free from defects in material and workmanship for a period of (1) year from the date of shipment. All parts and labor are covered. Unless otherwise stated, warranties for products not manufactured by SICK Auto Ident are limited to the manufacturer's warranty. Extended warranty/exchange programs are also available at the time of product purchase or after the initial sales, to extend or enhance the standard product warranty. For an annual charge, these service programs cover all labor and parts on equipment returned due to normal wear and tear. Customers who purchase a service contract at the *same time* as the product purchase will receive an additional three (3) months of service at no extra charge. Contract customers receive priority service.

***Extended Warranty Service:***
Extended Warranty provides telephone support and equipment repair. Where required, SICK Auto Ident will repair the product at no charge for labor and parts. The customer may ship or bring the equipment to our facility in Canton, Massachusetts. SICK Auto Ident will repair the equipment, or per our discretion, send a new or like new replacement product, within five (5) business days. Equipment is returned to the customer freight prepaid or equivalent.

***Overnight Exchange Service:***
This program is designed for more critical situations and provides the fastest response to your service needs.
Overnight Exchange provides telephone support and expedited equipment replacement. If the service call is received by 3:00 p.m. eastern time, SICK Auto Ident will ship a replacement out that night, for next day delivery. The customer keeps the replacement unit and is required to return the old unit immediately.

***Premium Services:***
Premium Services provides all the same benefits of the Overnight Exchange Service plus provides unlimited 24-hour telephone support, and Remote On-line Diagnostics, where available, for the maximum support for your system. If deemed that the Overnight Exchange replacement service will not solve the problem, SICK Auto Ident will provide an on-site engineer. All labor and expenses for the on-site engineer will be included in the annual Premium Service agreement.

## TRAINING

*SICK Auto Ident will conduct comprehensive training at our Canton, MA facility or at the customer's facility. For further information contact Customer Service at 888-264-4641 and select option #1 for more information.*

SICK

## Terms and Conditions

The terms of sale contained herein apply to all quotations made and purchase orders entered into by the Seller, herein referred to as Sick Auto Ident, Inc. Such terms of sale shall take precedence over all purchase orders or other related documents in the event of conflicting provisions. Some of the terms contained herein may differ from those in Buyer's purchase order and some may be new. This acceptance is conditional on Buyer's assent to the terms contained herein in lieu of those in Buyer's purchase order. Sick Auto Ident, Inc.'s failure to object to provisions contained in any communication from Buyer shall not be deemed a waiver of the provisions of these terms of sale. Any changes in the terms contained herein must specifically be agreed to in writing by an officer of Sick Auto Ident, Inc. before becoming binding on either Sick Auto Ident, Inc. or Buyer. All orders or contracts must be approved and accepted by Sick Auto Ident, Inc. at its home office. These terms shall be applicable whether or not they are attached to or enclosed with the products sold or to be sold hereunder. Prices quoted for the items described above and acknowledged hereby are firm and not subject to audit, price revision, or price determination.

**1. Prices:** Prices for Sick Auto Ident, Inc 's products shall be in accordance with the standard price list in effect at the time Sick Auto Ident. Inc accepts the purchase order or as specified on an authorized Sick Auto Ident. Inc. quotation in force at the time the order is placed.

All prices are subject to adjustment on account of specification, quantities, shipment arrangements or other terms and conditions which are not part of any original price quotation or standard price. Prices quoted for software are for nonexclusive, nontransferable licenses.

**2. Payment Terms:** The following terms apply:

**STANDARD PRODUCTS, SERVICE, SYSTEMS and SOFTWARE:** Net 30 days from date of invoice

**Back ordered:** Same as above except that at Sick Auto Ident, Inc.'s discretion small back orders, add-ons, or replacements or repairs may be filled on net 30 day terms.

Amounts owed by the Buyer with respect to which there is no dispute shall be paid without set-off for any amounts which the Buyer may claim are owed by Sick Auto Ident, Inc. and regardless of any other controversies which may exist. Sick Auto Ident, Inc. reserves the right at any time to require full or partial payment in advance, or to revoke any credit previously extended if, in Sick Auto Ident. Inc 's reasonable judgement the Buyer's financial condition does not warrant proceeding on the terms specified. **NOTE: Back ordered items will be billed separately.**

Interest at 1 ½ % per month will be charged on accounts past due over 30 days

**3. LOANED EQUIPMENT:** Should Sick Auto Ident, Inc. supply an item or items for evaluation on loan, the following terms and conditions apply:

A. Prior to shipment Sick Auto Ident, Inc. must have an authorized Conditional Purchase Order for the product, in the event of purchase, loss or damage, clearly indicating that title to said equipment remains with Sick Auto Ident, Inc., and providing Sick Auto Ident, Inc. the right to invoice for product not returned at the end of the agreed evaluation period.

B. Shipping terms are FOB CANTON. Return shipping charges of loaned equipment will be borne by the Buyer

C. All equipment placed on evaluation to a Buyer will carry an additional charge for installation and training and Buyer will pay Seller promptly for any loss or damage to such equipment.

D. Add-ons to existing Sick Auto Ident. Inc 's equipment will carry standard installation and training charges. Should the loan equipment be part of a sales agreement, an incremental charge for installation and training will be made.

**4. DELIVERY:** Unless stated to the contrary on the face hereof all goods furnished hereunder will be shipped FOB Canton, and title in and the right of possession to such goods will pass to the Buyer upon Sick Auto Ident, Inc.'s delivery to carrier at point of shipment. Subject to Sick Auto Ident. Inc 's right to stop delivery of goods in transit, such carrier shall thereafter be deemed to be acting for the Buyer regardless of the carrier used or the freight terms.

Shipments will be made "Best Way" prepaid and added to the invoice, unless otherwise specified on the Buyer's Purchase Order. Sick Auto Ident. Inc shall determine "Best Way" for shipment of equipment. Sick Auto Ident. Inc. will not assume any liability in connection with shipment nor constitute any carrier as its agent.

**5. SHIPPING SCHEDULE:** All shipping dates are tentative. Sick Auto Ident. Inc reserves the right to ship up to thirty (30) days in advance of shipping date, unless specific shipping schedule is requested on Buyer's Purchase Order.

Sick Auto Ident, Inc. will not be responsible for delays or non-performance directly or indirectly caused by governmental regulations or requirements, acts of God, unavailability of materials, work stoppages, slow downs, boycotts and other causes, beyond Sick Auto Ident, Inc. reasonable control.

**6. ACCEPTANCE:** Acceptance will be in accordance with Sick Auto Ident, Inc. Standard Acceptance Test procedures. Prior to shipment, Sick Auto Ident. Inc warrants each item shipped has been tested and passed in accordance with a current Sick Auto Ident, Inc. quality assurance test procedure.

**7. WARRANTY ON PURCHASED ITEMS:** Sick Auto Ident, Inc. equipment is warranted free from manufacturing and material defects for a period of one (1) year from the date of shipment. Any equipment purchased from Sick Auto Ident, Inc. which becomes defective during the period will be repaired or replaced at Sick Auto Ident, Inc. discretion at Sick Auto Ident, Inc. plant in Canton. Claims by the Buyer in regard to any defect in goods must be made with full particulars within one (1) year after shipment of the goods. In case of any justifiable claim, Sick Auto Ident. Inc will either replace the defective goods or correct the error fairly and promptly, but goods should not be returned without the consent of Sick Auto Ident. Inc and valid Return Authorization.

SICK Auto Ident's respect to software is set forth in SICK Auto Ident Site License Agreement (A4-66566-1).

**PERFORMANCE:** Where system productivity figures have been stated or implied they are understood to be estimates based on field and application data available to Sick Auto Ident, Inc. at the time and are not guaranteed or warranted by Sick Auto Ident, Inc. since they are contingent on the internal processes of the Buyer, or other factors beyond the control of Sick Auto Ident, Inc..

This warranty and the warranties expressly set forth in Sections 6 and 9 hereof are SICK Auto Ident's sole warranties respect to purchased items. **SICK AUTO IDENT, INC. MAKES NO OTHER WARRANTY OF ANY KIND WHATSOEVER, EXPRESSED OR IMPLIED; AND ALL IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE WHICH EXCEED THE AFOREMENTIONED OBLIGATION ARE THEREBY DISCLAIMED BY SICK AUTO IDENT, INC. AND EXCLUDED FROM THIS AGREEMENT.** In no event shall Sick Auto Ident. Inc be responsible for damages including, but not limited to, consequential damages of any nature whatsoever.

Any alterations, additions, changes or improper use or care of the equipment by the Buyer will void the above stated warranty provisions. Subsequent factory service for loaned or purchased items, if required after the warranty, is available in accordance with one of Sick Auto Ident. Inc. Maintenance Service Plans.

**8. INDUSTRIAL SAFETY:** Sick Auto Ident. Inc. takes all appropriate measures to apply stringent industrial safety standards to its products. Buyer agrees to obtain advance written permission from Sick Auto Ident, Inc. before removing, disabling or modifying supplied safety equipment and markings, except during maintenance or installation by qualified personnel. Buyer further agrees not to knowingly operate Sick Auto Ident, Inc. products with inoperative, defective or missing safety equipment or markings, except during maintenance or installation by qualified personnel.

Sick Auto Ident, Inc offers its safety rules and equipment for use by buyer where it believes personnel protection is required. If buyer prefers to use his own safety rules and equipment, and if Sick Auto Ident. Inc becomes aware of facts and circumstances that suggest, in Sick Auto Ident, Inc. sole judgement, that such rules and equipment might result, or have resulted, in unsafe operation, Sick Auto Ident, Inc. will notify Buyer of same in writing and if buyer is unwilling to modify said rules and /or equipment, Sick Auto Ident. Inc may refuse to complete installation and offer to cancel the order or, if already installed, refuse to service said equipment until such potential safety hazard is remedied.

The above shall not imply any obligation (including liability for negligence) on Sick Auto Ident, Inc , to Buyer or any other party, which would not otherwise exist in law.

**9. PATENT INDEMNITY:** Sick Auto Ident, Inc. warrants that the articles and machines supplied hereunder do not infringe any patent.

No sale of any product shall be construed as granting to the Buyer any license or other right in or to any copyright, trademark or other proprietary right applicable to the product.

If the Buyer alters or adds to the equipment covered by this order which makes this equipment subject to an infringement suit or if the products produced by the Buyer are subject to an infringement suit or if the equipment supplied hereunder is in accordance with any special requirements specified by the Buyer, this warranty shall not apply.

**10. DATA AND PROPRIETARY RIGHTS IN DATA:** Sick Auto Ident. Inc. normally supplies all necessary data for the proper installation, test, operation and maintenance of its products. Portions of this data are proprietary in nature and will be so marked. The Buyer agrees to abide by the terms of such markings and to be liable for all loss or damage incurred by Sick Auto Ident, Inc as a result of the improper or unauthorized use of such data. Sick Auto Ident. Inc. retains for itself all proprietary rights in and to all designs, engineering details, and other data pertaining to any products specified in the contract and to all discoveries, inventions, patent rights, etc , arising of work done in connection with the contract and to any and all products developed as a result thereof, including the sole right to manufacture any and all such products.

**11. CANCELLATION:** Orders accepted by Sick Auto Ident, Inc. cannot be countermanded or shipments deferred or goods returned except with the consent of Sick Auto Ident, Inc. and upon terms (including payment to Sick Auto Ident. Inc of a cancellation charge to be in no event less than the minimum cancellation charges listed below, when applicable) that will indemnify Sick Auto Ident, Inc. against all loss including the profit on any part of the order that is cancelled. When a return of material is authorized by Sick Auto Ident. Inc., shipping and customs clearance charges of said returned materials are to be prepaid by the Buyer unless otherwise noted by Sick Auto Ident, Inc. in its authorization to return.

Sick Auto Ident, Inc. shall have the right to suspend or cancel this agreement at any time upon Buyer making an assignment for the benefit of creditors or becoming bankrupt or insolvent, or upon petition being filed in a court of competent jurisdiction proposing the appointment of a receiver or that the Buyer be adjudicated bankrupt or insolvent or reorganized under the provisions of any applicable bankruptcy or insolvency act.

**Minimum cancellation charges will be assessed in the following manner:**

**Standard products:** Cancellation within **30 days** of requested ship date - charges will be 10% of the contract value.

Cancellation **greater than 30 days** of requested ship date - no cancellation charges will be assessed.

**Engineering/Software Specials:** Cancellation charges will be billed at the actual costs incurred at the time of cancellation

**12. SOFTWARE UPDATES:** Software updates at no charge for initial twelve months after shipment, available for a charge thereafter.

**13. SECURITY INTEREST:** Sick Auto Ident, Inc. reserves and the Buyer grants to Sick Auto Ident, Inc. a security interest in all products sold and all proceeds to secure the full payment and performance by the Buyer of its liabilities and obligations to Sick Auto Ident, Inc.. The Buyer acknowledges that this document or copies of this document may be filed with the appropriate authorities as a financing statement and agrees to execute and deliver such other documents as Sick Auto Ident, Inc. may request in order to perfect Sick Auto Ident, Inc.'s security interest.

**14. COMPUTER PROGRAMS AND RELATED INFORMATION** (Software) when furnished by Sick Auto Ident. Inc. to the Buyer is the subject of separate Sick Auto Ident. Inc 's PROGRAM LICENSE AGREEMENTS (FOPV48 and FOPV49).

**15. SUBSTITUTIONS AND MODIFICATIONS OF PRODUCTS:** Sick Auto Ident, Inc. may modify the specification of products designed by Sick Auto Ident. Inc and/or substitute substantially conforming goods provided the modifications and/or substitutions do not adversely affect the performance of these products.

**16 GOVERNING LAW:** Any contract made shall be governed by and interpreted, construed and enforced in accordance with the laws of Massachusetts.

**17. ASSIGNMENT:** The Buyer shall not delegate any duties or assign any contract without Sick Auto Ident, Inc 's prior written consent, and any such attempted delegation or assignment shall be void.

**18. COMPLIANCE WITH LAWS:** The Buyer shall carry out the transactions contemplated by this document and shall otherwise deal with the products sold in conformity with all applicable laws, rules and regulations of all governmental authorities, including, without limitation, the Export Administration Act, and shall obtain all permits and licenses required in connection with the purchase, installation, sale, shipment or use any of the products.

**19. ENTIRE AGREEMENT:** This document and the purchase order constitute the whole and entire agreement between Buyer and Sick Auto Ident. Inc and no other verbal or written commitments not referenced herein shall apply



MCC02378