**Quaine, Russ**

---

**From:** Payne, Darrell
**Sent:** Friday, January 11, 2002 10:50 AM
**To:** Quaine, Russ
**Cc:** Karty, Paul
**Subject:** Lost Sick Order

Russ,
Listed below you will find a Chrysler order we lost, as Sick took the order direct.
We had spoke to Jeff Borsvold and he was going to look into it!!!

Job-Chrysler Warren Truck-DR-Platform-Dodge Ram
Order-95.000-For Bar code product