**Quaine, Russ**

**From:** Giamo, Jon
**Sent:** Monday, October 15, 2001 2:49 PM
**To:** Pryce, Linda
**Cc:** Karty, Paul; Quaine, Russ; Quaine, Mike
**Subject:** RE: Expired Sick Quotes

ALl right... here is what we are going to do:
#2000306 Benteler Automotive - Do not renew. SICK is to take direct.
#2000307 Metal Mechanics - Do not renew.
#2000402 Paulstra - I will request another quote from SICK for 1 year.
#2311 DT Peer Industries - I will request another quote from SICK for 1 year.
#20010702 Egemin / Honda - Do not renew. SICK is to take direct.

Please fax me over the quotes you currently have that have expired for : #2000402 and #2311 (Paulstra and DT Peer)

I talked to Mark Kremer. He has no intentions of direct business at either of these 2 accounts.

-----Original Message-----
From: Pryce, Linda
To: Giamo, Jon
Sent: 10/15/01 2:19 PM
Subject: RE: Expired Sick Quotes

I know you are stuck on what to do. What do I do if one of these accounts places an order from a special price quote?

Linda

-----Original Message-----
From: Giamo, Jon
Sent: Monday, October 15, 2001 2:06 PM
To: Pryce, Linda
Subject: RE: Expired Sick Quotes

I have made numerouse requests to my sick rep for these items. He has not filled out the necessary paper work. Mark Kremer from SICK told me on Friday that SICK will be taking the business direct @ Benteler and Schlafhorst, per his managments orders. I was told that in the future any requests for negotiated pricing will alert SICK Managment for potential direct accounts. I have made Russ and Paul aware of this. IF I ask, again, for these extensions I could lose this business to direct sales. I don't know what to do?

-----Original Message-----
From: Pryce, Linda
To: Giamo, Jon
Sent: 10/15/01 8:55 AM
Subject: Expired Sick Quotes

Jon,

I have emailed you previously on the following Sick quotes. I though you were going to apply for extension from Mark Kremer but I have seen nothing. Please advise if I can close out any of these or if you are working on.

#2000306 Benteler Automotive



MCC02350

#2000307 Metal Mechanics
#2000402 Paulstra
#2311 DT Peer Industries
#20010702 Egemin / Honda

Thanks Jon

Linda Pryce
Purchasing Agent
Motion Control Corp.

Main 248.478.1640
Direct 248.699.5581
Fax 248.478.8450