**FY1999**

| Top 25 Customers | Total Sales | Top 25 Customers for Sick Product | Sick Sales |
|---|---|---|---|
| COMAU PICO | $1,160,493.23 | COMAU PICO | $786,121.67 |
| DALLAS INDUSTRIES | $1,082,089.57 | | |
| B & K CORPORATION | $470,948.50 | | |
| DCT WELDING AND ASSEMBLY | $447,616.64 | DCT WELDING AND ASSEMBLY | $421,924.96 |
| GENERAL MOTORS CORPORATION | $405,142.46 | | |
| MAP INDUSTRIAL CONTROLS | $394,800.89 | MAP INDUSTRIAL CONTROLS | $383,823.89 |
| CRAFT INDUSTRIES | $314,561.58 | CRAFT INDUSTRIES | $277,384.40 |
| CINETIC AUTOMATION | $299,927.75 | | |
| KUKA WELDING SYSTEMS | $269,334.75 | KUKA WELDING SYSTEMS | $211,037.65 |
| MCNAUGHTON & MCKAY MADISON HGTS | $223,073.60 | MCNAUGHTON & MCKAY MADISON HGTS | $195,207.70 |
| WELDMATION | $194,495.28 | WELDMATION | $173,211.70 |
| DEARBORN MIDWEST CONVEYOR | $187,107.50 | DEARBORN MIDWEST CONVEYOR | $187,107.50 |
| FORD MOTOR COMPANY | $166,239.91 | FORD MOTOR COMPANY | $31,454.00 |
| GRAYBAR ELECTRIC | $165,209.66 | GRAYBAR ELECTRIC | $34,229.54 |
| UTICA PRODUCTS | $150,377.73 | | |
| KEY WELDER MOTCON500 | $140,689.84 | | |
| FEED LEASE | $128,357.84 | | |
| ITD AUTOMATION | $123,814.00 | | |
| PROMATION | $115,350.20 | | |
| JERVIS B WEBB | $112,288.00 | JERVIS B WEBB | $112,288.00 |
| PACHECO CONSTRUCTION SER | $108,290.00 | PACHECO CONSTRUCTION SER | $108,290.00 |
| GREAT LAKES AUTOMATION | $105,953.60 | GREAT LAKES AUTOMATION | $105,953.60 |
| SHAPE CORPORATION | $105,284.68 | | |
| GONZALES PRODUCTION SYSTEMS | $101,015.93 | GONZALES PRODUCTION SYSTEMS | $36,175.00 |
| FANUC ROBOTICS CORPORATION | $87,278.16 | | |
| | | DURR ROBOTICS | $68,786.40 |
| | | BEHR SYSTEMS | $61,102.00 |
| | | ABB ROBOTICS | $47,961.59 |
| | | CONTROL ENGINEERING MOVED A/P TO PARE | $40,644.54 |
| | | FANUC ROBOTICS CORPORATION | $37,437.96 |
| | | LL NATIONAL CORP | $36,224.05 |
| | | CINETIC AUTOMATION | $35,068.38 |
| | | ABB FLEXIBLE AUTOMATION INC | $31,206.20 |
| | | DART CONTAINER CORP | $26,750.31 |
| | | KASPER MACHINE COMPANY | $25,756.25 |
| | | LAMB TECHNICON BODY & ASSY. | $25,021.50 |

prepared by lpryce