**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2004, I caused the following documents:

**Motion Control Corporation's Memorandum in Opposition to SICK, Inc.'s Motion to Renew Motion to Dismiss, Affidavit of Russell Quaine, Affidavit of Paul Karty, Notification of Conventional Filing of Affidavit of Geraint D. Powell, and Notification of Conventional Filing of Exhibits 1-9 to Affidavit of Geraint D. Powell**

**Motion Control Corporation's Notice of Motion to Strike Evidence of Settlement Negotiations and Motion Control Corporation's Motion to Strike Evidence of Settlement Negotiations**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Aaron F. Biber, Esq.; V. John Ella, Esq.; Douglas L. Elsass, Esq.; Charles A. Horowitz, Esq.; Shawn L. Pearson, Esq.; Steven H. Silton, Esq.**

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

**No manual recipients**

Dated: July 29, 2004

s/ Geraint D. Powell
Kay Nord Hunt, I.D. No. 172376
Barry A. O'Neil, I.D. No. 220875
Geraint D. Powell, I.D. No. 250594
Lommen, Nelson, Cole & Stageberg, P.A.
Attorneys for Motion Control Corporation
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 339-8131
FAX: (612) 339-8064

Doc. #: 233237