dkt# 110274
USDC
01cv1496 JRT/FLN

RECEIVED
04 JUL 30 PM 3:24
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

**STATE OF MINNESOTA**

**COUNTY OF HENNEPIN**

**AFFIDAVIT OF SERVICE**

**METRO LEGAL SERVICES**

Geoff Egerman, being duly sworn, on oath says: that on the 29th day of July, 2004, at 3:13 p.m. (s)he served the attached Notification of Conventional Filing of Affidavit of Geraint D. Powell; Notification of Conventional Filing of Exhibits 1-9 to Affidavit of Geraint D. Powell; and Affidavit of Geraint D. Powell (Confidential – Subject to Protective Order) upon Douglas Elsass, Esq. therein named, personally at 80 South 8th Street, #3902, Minneapolis, County of Hennepin, State of Minnesota, by handing to and leaving with Joyell Johnson, receptionist, an expressly authorized agent for service for said Douglas Elsass, Esq., a true and correct copy thereof.

JOHN MICHAEL ENGSTROM
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

Subscribed and sworn to before me,
July 30, 2004.

Notary Public

SCANNED
U.S. DISTRICT COURT MPLS

**STATE OF MINNESOTA**

**COUNTY OF HENNEPIN**

**AFFIDAVIT OF SERVICE**

**METRO LEGAL SERVICES**

Paul Wagner, being duly sworn, on oath says: that on the 29th day of July, 2004, at 3:45 p.m. (s)he served the attached Notification of Conventional Filing of Affidavit of Geraint D. Powell; Notification of Conventional Filing of Exhibits 1-9 to Affidavit of Geraint D. Powell; and Affidavit of Geraint D. Powell (Confidential – Subject to Protective Order) upon Steven H. Silton, Esq. and Charles Horowitz, Esq. therein named, personally at 220 South 6th Street, #1700, Minneapolis, County of Hennepin, State of Minnesota, by handing to and leaving with Becky Stockwell, Agent for Legal Process, an expressly authorized agent for service for said Steven H. Silton, Esq. and Charles Horowitz, Esq., a true and correct copy thereof.

Subscribed and sworn to before me,
July 30, 2004.

____________________
Notary Public

Re: 23420