**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Court File No.01-CV-1496 JRT/FLN

SICK, Inc.,
a Minnesota corporation,

Plaintiff,

**STIPULATION OF DISMISSAL WITH PREJUDICE**

v.

Motion Control Corporation and
Commerce Industrial Controls, Inc.,

Defendants.

---

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective undersigned attorneys, that the above-entitled action, may be, and hereby is, dismissed on the merits and with prejudice, but without costs, disbursements or attorney's fees to any of the parties hereto.

IT IS FURTHER STIPULATED that without further notice, the Clerk of the above Court may enter a judgment of dismissal with prejudice and upon the merits, but without costs, disbursements or attorney's fees to any of the parties.

Dated: 11/04/04 MANSFIELD, TANICK & COHEN, P.A.

s/ Steven H. Silton
Steven H. Silton, I.D. No. 260769
Attorneys for SICK, Inc.
1700 Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-3383
(612) 339-4295
FAX: (612) 339-3161

Dated: 11/04/04

LOMMEN, NELSON, COLE & STAGEBERG, P.A.

s/ Barry A. O'Neil

Barry A. O'Neil, I.D. No. 220875
Attorneys for Motion Control Corporation
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 339-8131
FAX: (612) 339-8064

FRUTH, JAMISON & ELSASS, P.A.

s/ Douglas L. Elsass

Douglas L. Elsass, I.D. No. 219241
Attorneys for Commerce Industrial Controls, Inc.
3902 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 344-9700
FAX: (612) 344-9705