**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2004, I caused the following documents:

**Stipulation of Dismissal With Prejudice**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Aaron F. Biber, Esq.; V. John Ella, Esq.; Douglas L. Elsass, Esq.; Charles A. Horowitz, Esq.; Shawn L. Pearson, Esq.; Steven H. Silton, Esq.**

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

**No manual recipients**

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge:

**The Honorable John R. Tunheim (tunheim_chambers@mnd.uscourts.gov)**

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

**Aaron F. Biber, Esq.; V. John Ella, Esq.; Douglas L. Elsass, Esq.; Charles A. Horowitz, Esq.; Shawn L. Pearson, Esq.; Steven H. Silton, Esq.**

Dated: November 12, 2004

s/ Barry A. O'Neil

Kay Nord Hunt, I.D. No. 172376
Barry A. O'Neil, I.D. No. 220875
Geraint D. Powell, I.D. No. 250594
Lommen, Nelson, Cole & Stageberg, P.A.
Attorneys for Motion Control Corporation
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 339-8131
FAX: (612) 339-8064

Doc. #: 245312