**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| SICK, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOTION CONTROL CORP., a Michigan corporation, and COMMERCE INDUSTRIAL CONTROLS, INC., a Michigan corporation,<br><br>Defendants. | Civil No. 01-1496 (JRT/FLN)<br><br><br><br>**ORDER** |

---

Aaron F. Biber, Steven H. Silton, and Vincent J. Ella, MANSFIELD, TANICK & COHEN, P.A., 1700 Pillsbury Center South, 220 South Sixth Street, Minneapolis, MN 55402, for plaintiff.

Barry A. O'Neil, LOMMEN, NELSON, COLE, & STAGEBERG, P.A., 1800 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, and Harry Kennedy, KENNEDY LAW OFFICE, 12613 Flint Street, Overland Park, KS 66213, for defendant Motion Control Corporation.

Douglas L. Elsass, FRUTH, JAMISON & ELSASS, P.A., 3902 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, for defendant Commerce Industrial Controls, Inc.

Based upon the Stipulation of Dismissal With Prejudice filed in the above-entitled matter, **IT IS HEREBY ORDERED** that judgment shall be entered dismissing the above-entitled action on it merits and with prejudice, but without costs, disbursements or

attorney's fees to any party. There being no just reason for delay, the Clerk of Court is hereby ordered to enter such judgment at this time.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: November 15, 2004
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge