AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

SICK, INC.

V.

MOTION CONTROL CORP., and
COMMERCE INDUSTRIAL CONTROLS,
INC.

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1496JRT/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
this action is dismissed with prejudice, on the merits and without costs, disbursements or attorney's fees to any party.

November 18, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Denise La Fond
(By) Denise La Fopnd, Deputy Clerk